```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINA FONTAINE,

        Plaintiff,

-against-

THE PERMANENT MISSION OF CHILE TO THE UNITED NATIONS; CHRISTIAN BARROS; CARLOS OLGUIN; ERNESTO GONZALEZ,

        Defendants.

17 Civ. 10086 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Daniel Arshack's submissions dated March 23, 2021, ECF Nos. 123–26. Accordingly,

1. Arshack's motion to withdraw is GRANTED; and

2. Arshack's motion to seal is GRANTED because the documents contain confidential financial information.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 123–24.

    SO ORDERED.

Dated: March 24, 2021
       New York, New York

ANALISA TORRES
United States District Judge