UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINA FONTAINE,<br><br>               Plaintiff,<br><br>-v-<br><br>THE PERMANENT MISSION OF CHILE TO THE UNITED NATIONS; CRISTIÁN BARROS; CARLOS OLGUÍN; ERNESTO GONZALEZ,<br><br>               Defendants. | CIVIL ACTION NO.: 17 Civ. 10086 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the so-ordered stipulation withdrawing the interlocutory appeal of Defendant The Permanent Mission of Chile to the United Nations (ECF No. 129), the parties shall file a joint status report **by May 11, 2021**. The report should include the status of any settlement discussions and whether the parties would like the Court to conduct a settlement conference.

Dated:     New York, New York
              April 27, 2021

                                                    SO ORDERED

                                        _/s/ Sarah L. Cave_
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**