

1717 K Street, N.W.
Washington, DC 20006-5350

202.223.1200 main
202.785.6687 fax

Nicholas M. Renzler
nrenzler@foleyhoag.com

May 7, 2021

**Via ECF**

Hon. Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Fontaine v. The Permanent Mission of Chile to the United Nations, et al.*,
            Case No. 17-cv-10086 (AT) (SLC)

Dear Judge Torres:

      Pursuant to paragraphs I(B) and III(A)(i) of Your Honor's Individual Practices, I write on behalf of Defendant the Permanent Mission of Chile to the United Nations (the "Permanent Mission") and Plaintiff Carolina Fontaine ("Ms. Fontaine") to respectfully request that the Court continue the stay of these proceedings entered on September 8, 2020 (ECF No. 115) until at least, July 30, 2021.

      The September 8, 2020 Order stays the action "pending resolution of Defendants' interlocutory appeal." On April 22, 2021, the Parties reached a tentative agreement to settle and release all claims related to the above-captioned matter and its associated appeal, through the Second Circuit's Civil Appeals Mediation Program. On April 23, 2021, pursuant to Second Circuit Local Rule 42.1, the Parties filed a stipulation withdrawing that appeal without prejudice (ECF No. 129), in order to finalize their agreement to settle. The Parties have received an Order from the Second Circuit's Mediation Program for a follow up meeting with the mediator on July 27, 2021. Under the terms of the Parties' stipulation, the Defendant-Appellant may reinstate the appeal by filing written notice by July 29, 2021.

      The Parties therefore request that Your Honor continue the stay of these proceedings to allow the Parties to finalize their settlement and release agreement, and conserve judicial resources.

---

The Parties' request for a continued stay of this action pending the finalization of their settlement agreement (ECF No. 132) is GRANTED. By **July 28, 2021**, the parties shall file a stipulation of dismissal or further status report. The Clerk of Court is respectfully directed to close ECF No. 132.

SO ORDERED    5/10/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

Respectfully submitted,

/s/ Nicholas M. Renzler

Nicholas M. Renzler
*Counsel for Defendant the Permanent Mission of Chile to the United Nations*

Counsel for Plaintiff Carolina Fontaine